UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOCH ENTERTAINMENT LP AND<br>HUDSON ENTERTAINMENT, INC.<br><br>                Plaintiffs,<br><br>    - against –<br><br>MOBILE STREAMS, INC.,<br>MOBILE STREAMS, PLC., AND<br>THE NICKELS GROUP, INC. | Case No. 07 CV 2843<br>Judge Stanton (LLS)<br>ECF CASE<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Koch Entertainment, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Hudson Soft Co. Ltd.., a publicly traded company in Japan.

**Date: April 5, 2007**

_____
DANIEL J. AARON, P.C.

By: _[signature]_
Daniel J. Aaron (DA 0718)
437 Madison Avenue, 4th Floor
New York, NY 10022
212-684-4466
Attorney for Plaintiff-
Koch Entertainment, LP

EDWARD R. HEARN, A
PROFESSIONAL CORPORATION

By: _[signature]_
Edward R. Hearn (EH 5794)
84 West Santa Clara Street,
Suite 660
San Jose, CA 95113
408-998-3400
Attorney for Plaintiff-
Hudson Entertainment, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOCH ENTERTAINMENT LP AND<br>HUDSON ENTERTAINMENT, INC.<br><br>                  Plaintiffs,<br><br>        - against –<br><br>MOBILE STREAMS, INC.,<br>MOBILE STREAMS, PLC., AND<br>THE NICKELS GROUP, INC. | Case No. 07 CV 2843<br>Judge Stanton (LLS)<br>ECF CASE<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Koch Entertainment, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Entertainment One Ltd.

**Date: April 5, 2007**

                                  DANIEL J. AARON, P.C.

                                  By: _____
                                  Daniel J. Aaron (DA 0718)
                                  437 Madison Avenue, 4th Floor
                                  New York, NY 10022
                                  212-684-4466
                                  Attorney for Plaintiff-
                                  Koch Entertainment, LP