ORIGINAL    MEMORANDUM ENDORSED    COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

KOCH ENTERTAINMENT LP AND
HUDSON ENTERTAINMENT, INC.          :   07 Civ. 2843 (LLS)

       Plaintiffs,          :   **ORDER FOR ADMISSION**
                                             **PRO HAC VICE**
    -against-          :   **ON WRITTEN MOTION**

MOBILE STREAMS, INC., MOBILE          :
STREAMS, PLC AND THE NICKELS
GROUP, INC.,

       Defendants.
-------------------------------------------------------------- X

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 9/21/07]

Upon the motion of Michael B. Shortnacy, attorney for Defendants and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Michael L. Mallow |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Boulevard |
| City/State/Zip: | Los Angeles, CA 90067 |
| Telephone/Fax: | (310) 282-2000/(310) 282-2200 |
| Email Address: | mmallow@loeb.com |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

*Granted. No objection. So Ordered.*
*Louis L. Stanton*
*9/21/07*

NY565815.1
209516-10001

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~August~~ Sept ___, 2007
      New York, New York

 

_____
United States District Judge