ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KOCH ENTERTAINMENT LP and HUDSON
ENTERTAINMENT, INC.,

                Plaintiffs,          07 Civ. 2843 (LLS)

    - against -                     ORDER

MOBILE STREAMS, INC., MOBILE STREAMS,
PLC., and THE NICKELS GROUP, INC.,

                Defendants.
------------------------------------x

    After hearing counsel at length, the suggestion in the letters dated July 10 and September 20, 2007 from counsel for the Chapter 11 Trustee in the Central District of California in In re Death Row Records, Inc., BK No. LA 06-11205 (VZ) to this Court that this litigation be stayed, is rejected for lack of a showing of identity of issues in the California bankruptcy proceeding and those before this Court.

    So ordered.

Dated: New York, New York
       September 21, 2007

                                                               LOUIS L. STANTON
                                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07