Michael B. Shortnacy (MS-4445)
Michael L. Mallow (*admitted pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
KOCH ENTERTAINMENT LP AND                                    :
HUDSON ENTERTAINMENT, INC.                                   :
                                                             :
                Plaintiffs,           :   07 Civ. 2843 (LLS)
                                                             :
            -against-                               :   **RULE 7.1 STATEMENT**
                                                             :
MOBILE STREAMS, INC., MOBILE                                 :
STREAMS, PLC AND THE NICKELS                                 :
GROUP, INC.                                                  :
                                                             :
                Defendants.          :
------------------------------------------------------------ X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants Mobile Streams, Inc., Mobile Streams, Plc and The Nickels Group, Inc. states that said Defendants have the following parents, subsidiaries or affiliates that own 10% or more of their stock:

      1.     True Position Inc., a subsidiary of Liberty Media Corporation, which is a publicly held Delaware corporation; and

      2.     Schroder Investment Management Limited, a unit of Schroder Plc, which is publicly held British public limited company.

NY681161.1
209765-10001

Dated:  New York, New York
        October 19, 2007

                                        LOEB & LOEB LLP

                                        By: /s/
                                        Michael B. Shortnacy (MS-4445)
                                        Michael L. Mallow (*pro hac vice*)
                                        345 Park Avenue
                                        New York, New York 10154
                                        (212) 407-4000

                                        *Attorneys for Defendants*