## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Answer To Counterclaims was served upon the following:

Michael B. Shortnacy, Esq.
Loeb & Loeb
345 Park Avenue
New York, NY 10154
Counsel for all of the named defendants

By U.S. mail on November 7, 2007.

Dated: New York, New York
       November 8, 2007

_____
Daniel J. Aaron, Esq. (DA 0718)