**ORIGINAL**

$STANTON$

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

------------------------------------x
KOCH ENTERTAINMENT LP AND       :     07 CV 2843
HUDSON ENTERTAINMENT, INC.            Hon Louis L. Stanton (LLS)(GG)
                                :     ECF Case
           Plaintiffs,
                                :     STIPULATION AND ORDER
    - against -                       OF CONDITIONAL DISMISSAL
                                :

MOBILE STREAMS, INC.,           :
MOBILE STREAMS, PLC., AND
THE NICKELS GROUP, INC.         :

           Defendants.          :
------------------------------------x

WHEREAS, the parties to the above-captioned action have reached an agreement in principal settling this action subject to their execution of a mutually satisfactory written agreement,

It is hereby stipulated and agreed by the undersigned counsel as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action and all claims and counterclaims asserted therein are hereby dismissed without prejudice and without costs to any party.

2. The dismissal set forth in Paragraph 1 may be vacated by this Court for good cause shown in a letter submitted by any party to the Court within 60 days of the entry of this Order.

3. The Court shall retain jurisdiction of this matter for purposes of this Stipulation.

4. This Stipulation may be executed in counterparts. Signatures in facsimile or pdf format shall be deemed originals for purposes of enforcing this stipulation.

DANIEL J. AARON, P.C.

By: _____
Daniel J. Aaron (DA 0718)
437 Madison Avenue, 4th Floor
New York, NY 10022
212-684-4466
Attorney for Plaintiff
Koch Entertainment, LP

LAW OFFICES OF EDWARD R. HEARN

By: _____
Edward R. Hearn (EH 5794)
84 West Santa Clara Street, Suite 660
San Jose, CA 95113
Telephone No. (408) 998-3400
Attorney for Plaintiff
Hudson Entertainment, Inc.

LOEB & LOEB LLP

By: _____/AJN with permission
Michael Mallow (MM-___)
345 Park Avenue
New York, New York 10154
Telephone No. (212) 407-4000
Attorneys for Defendants
Mobile Streams, Inc., Mobile Streams, PLC,
and The Nickels Group, Inc.

SO ORDERED

_____
Hon. Louis L. Stanton U.S.D.J.
6/20/08

2

# Aaron, Daniel

| | |
|---|---|
| **From:** | Michael Mallow [mmallow@loeb.com] |
| **Sent:** | Wednesday, June 18, 2008 7:18 PM |
| **To:** | Aaron, Daniel; NEDHEARNML@aol.com |
| **Subject:** | Re: Mobile Streams |

I don't have access. You may sign for me.


----- Original Message -----
From: Aaron, Daniel <daaron@earthlink.net>
To: Michael Mallow; NEDHEARNML@aol.com <NEDHEARNML@aol.com>
Sent: Wed Jun 18 11:09:27 2008
Subject: Mobile Streams

Please sign and return.


Daniel J. Aaron, P.C.

437 Madison Avenue, 4th Floor

New York, New York 10022

(212) 684-4466

CONFIDENTIALITY NOTICE:  This e-mail transmission, and any
documents, files or previous e-mail messages attached to it may
contain confidential information that is legally privileged.  If
you are not the intended recipient, or a person responsible for
delivering it to the intended recipient, you are hereby notified
that any disclosure, copying, distribution or use of any of the
information contained in or attached to this transmission is
STRICTLY PROHIBITED.  If you have received this transmission in
error, please immediately notify the sender.  Please destroy the
original transmission and its attachments without reading or
saving in any manner.  Thank you, Loeb & Loeb LLP.