ORIGINAL
MEMORANDUM ENDORSED

# Law Offices of Edward R. Hearn
### A Professional Corporation

84 West Santa Clara Street, Suite 660
San Jose, California 95113

8/14/08

Telephone: (408) 998-3400　　　　　　　　　　　　Website: www.internetmedialaw.com
Facsimile: (408) 297-1104　　　　　　　　　　　　E-Mail: nedhearnml@aol.com

---

August 13, 2008

VIA FEDERAL EXPRESS – (212) 805-0252
Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2250
New York, NY 10007-1312

　　　　Re:　Koch Entertainment LP et al. v. Mobile Streams, Inc. et al.
　　　　　　Civil Action No. 07 cv 2843 (LLS)(GG)

Dear Judge Stanton:

　　　　I am counsel for the Plaintiff, Hudson Entertainment, Inc., in the above-referenced matter. With the permission of counsel for each of the other parties, namely Dan Aaron for Koch Entertainment and Michael Mallow for Mobile Streams, we are requesting that an additional thirty (30) days be added to the current allowance of sixty (60) days from the entry of the Stipulation and Order of Conditional Dismissal with respect to the opportunity to apply for the dismissal of the action to be vacated for good cause. The initial sixty (60) days ran from the entry of the Order and the request for the thirty (30) day extension runs from the expiration of that sixty (60) day period.

　　　　By way of information, all of the parties have reached agreement on the terms of a settlement and on the text of a Settlement Agreement. We are awaiting, however, some additional information from Mobile Streams to be able to complete certain financial references in the text of the Settlement Agreement. We expect to have that information within the next two (2) weeks, and then will need time to complete the full execution of the Settlement Agreement. The allowance of the requested extension will facilitate that process. We will supply the Court, of course, with a copy of the Settlement Agreement once completed and signed, which then will void any need to apply for vacating the dismissal of the action.

*So Ordered
Louis L. Stanton
8/14/08*

Hon. Louis L. Stanton
United States District Judge
August 13, 2008
Page 2

---

    As counsel for Koch Entertainment and Mobile Streams are presently on vacation, they have asked me to submit this letter on behalf of their clients, as well as mine. Copies of their e-mail approvals are enclosed.

    On speaking with your law clerk, Elissa, concerning whether this request should be done by way of an additional Order or a letter, she suggested that submitting this letter should be sufficient.

    If there are any issues with this approach, please advise.

Respectfully submitted,

*[signature]*

EDWARD R. HEARN

ERH/tl

Encls.

cc:    Daniel J. Aaron, Esq. (via e-mail)
        Michael Mallow, Esq. (via e-mail)